UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN RUSSELL FEGAN,

Petitioner,

v.

WARDEN,

Respondent.

Case No. 1:26-cv-03141-KES-HBK (HC)

ORDER DIRECTING CLERK TO STRIKE INCORRECTLY FILED PLEADING FROM DOCKET

(Doc. 21)

On September 28, 2026, Petitioner filed a document titled "Petition for Recall." (Doc. 21). The filing is largely intelligible. To the extent the Court can discern the relief Petitioner seeks, the requested relief appears to concern proceedings in the underlying state-court case and is not properly sought in this federal habeas action.

Accordingly, IT IS ORDERED:

The Clerk of Court shall STRIKE Petitioner's improperly filed "Petition for Recall" (Doc. 21) from the docket.

Dated: October 5, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE